AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Daniel Frisiello | ) | 18-MJ-4151-DHH |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   February 5 through 12, 2018   in the county of   Essex and elsewhere   in the _____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) (Counts 1-5) | Mailing threat to injure the person of another |
| 18 U.S.C. § 1038 (Counts 6-10) | False information and hoaxes |

This criminal complaint is based on these facts:
See Affidavit of Postal Inspector Michael J. Connelly in Support of an Application for a Criminal Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Postal Inspector Michael J. Connelly
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **Feb 28, 2018**

*Judge's signature*

City and state:    Boston, Massachusetts       Chief U.S. Magistrate Judge David H. Hennessy
*Printed name and title*